**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GARY NOVICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    20-cv-374 JPG |
| | ) | |
| KENNETH M. ROZELL, *chief, in his* | ) | |
| *official capacity* and NICHOLAS S. | ) | |
| ARNOLD, *officer, in his individual* | ) | |
| *capacity only,* | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on a stipulation of dismissal (doc. 27).  Pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court

order pursuant to a stipulation signed by all parties.  Here, the parties have presented a

stipulation of dismissal.  Pursuant to the parties' stipulation, this case is **DISMISSED** with

prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: June 3, 2021

> *s/J. Phil Gilbert*
> UNITED STATES DISTRICT JUDGE